UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Silva Ontaneda,

Petitioner,

v.

Warden in Charge of Ice Detention, et al.,

Respondents.

26-CV-6720 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court's August 6, 2026 order, ECF No. 3, provided that Petitioner would have the opportunity to file a reply brief by August 24, 2026. No reply brief was filed. In light of Petitioner's pro se status, the Court sua sponte **EXTENDS** the deadline to file a reply brief to **September 4, 2026**. The hearing currently scheduled for August 28, 2026 is **ADJOURNED SINE DIE**.

SO ORDERED.

Dated: August 25, 2026
New York, New York

DALE E. HO
United States District Judge