UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ANTONIO SILVA ONTANEDA,

Petitioner,

-v-

WARDEN IN CHARGE OF ICE DETENTION et al.,

Respondents.

26-CV-6720 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

The petition in this case was filed on August 6, 2026. *See* ECF No. 1. The same day, the Court issued an order staying removal and set a briefing schedule on the Petition, with the Government's opposition due on August 10, 2026, and Petitioner's Reply, if any, due on August 24, 2026. *See* ECF No. 3. The Government timely filed an Opposition. ECF No. 6. No Reply was filed on August 24, 2026. In light of Petitioner's pro se status, however, the Court *sua sponte* extended the time to Reply to September 4, 2026. Again, no Reply was filed.

It then came to the Court's attention that the docket does not indicate that service was effectuated on Petitioner of (1) the Government's Opposition or (2) the Court's Order extending the Petitioner's time to Reply.

Accordingly, in light of Petitioner's pro se status and the fact that there is no indication that Petitioner has been served with the documents above, the Court again extends Petitioner's deadline to Reply to the Government's Opposition, until September 23, 2026.

**By no later than September, 9, 2026, the Government shall serve on Petitioner: (1) a copy of its Opposition brief and (2) a copy of this Order. The Government shall, on the same**

**date, file proof of service on the docket.**

SO ORDERED.

Dated: September 8, 2026
New York, New York

DALE E. HO
United States District Judge