UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Silva Ontaneda,

Petitioner,

v.

Warden In Charge of ICE Detention, et al.,

Respondents.

26-CV-6720 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of Petitioner's reply, by September 24, 2026, the Government is directed to file a status letter indicating the Petitioner's current place of detention and a contact person who can facilitate Petitioner's counsel's access to Petitioner.

SO ORDERED.

Dated: September 24, 2026
New York, New York

DALE E. HO
United States District Judge